UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-4334-CAS(VBKx) | | Date | February 12, 2008 |
|---|---|---|---|---|
| Title | *FRED AND SHIRLEE SMITH v. MORTGAGE INVESTORS GROUP; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

The Court having reviewed the above-referenced action, based on the partial settlements and dismissals to date, the Court hereby vacates all dates.  On July 9, 2007, the Court granted the the Law Firm of Gregory C. Pyrfrom & Associates and the Blatz Law Firm's motion to withdraw as attorneys for defendant Premier Empire Mortgage Corporation.  To date, no notice of appearance has been filed by counsel representing defendant Premier Empire Mortgage Corporation.

**IT IS HEREBY ORDERED** that **Defendant PREMIER EMPIRE MORTGAGE CORPORATION, only,** show cause in writing not later than **March 13, 2008** why their answer should not be stricken.

Pursuant to Local Rule 83-3.5.1, it states that "[n]o appearance may be made and no pleadings or other documents may be signed in the name of any professional law corporation . . . except by an attorney admitted to the Bar of or permitted to practice before this Court."  Failure to designate counsel will result in the imposition of monetary and other sanctions, and could result in default judgment being entered.  By this order, the Court gives defendants Premier Empire Mortgage Corporation notice that they have thirty (30) days, until March 13, 2008, to obtain counsel.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-4334-CAS(VBKx) | Date | February 12, 2008 |
|---|---|---|---|
| Title | *FRED AND SHIRLEE SMITH v. MORTGAGE INVESTORS GROUP; ET AL.* | | |

      Defendant Premier Empire Mortgage Corporation is advised that the Court will consider the following:

**1)     A Notice of Appearance by Counsel representing defendant PREMIER EMPIRE MORTGAGE CORPORATION**

on or before the above date, as a satisfactory response to the Order to Show Cause.

cc:     Counsel

                                                                   00      :      00

                                     Initials of Preparer     CMJ